JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Medline Industries, Inc.,

          Plaintiff,

          v.

Gold Shield Medline Medical

      Supply, Inc.,

          Defendant.

2:20-CV-11532-VAP-GJSx

**Default Judgment**
**(Dkt. 25)**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     Pursuant to the Order Granting Plaintiff's Motion for Default Judgment issued herewith, judgment is hereby entered in favor of Medline Industries.

     Pursuant to this Default Judgment, Defendant Gold Shield Medline Medical Supply, Inc. is restrained permanently from: (1) using MEDLINE in any name or trademark, or any mark that is confusingly similar to the MEDLINE, including, but not limited to the Gold Shield Medline and Goldshield Medline name and mark; (2) registering or maintaining any domain name that incorporates Medline or any mark that is confusingly similar to Medline; (3) transferring, to any person or entity other than Medline, the Infringing Domain Names;  (4) making any representation stating or implying that Gold Shield Medline's goods, domain names, or

United States District Court
Central District of California

websites are in any way affiliated, associated, authorized, sponsored, endorsed, or otherwise connected with Medline; and (5) engaging in false designations of origin or otherwise engaging in unfair competition with Medline.

Pursuant to 15 U.S.C. § 1125(d)(1)(C), this Court further orders Gold Shield Medline, its officers, agents, representatives, licensees, and all those in active concert with them, to transfer the Infringing Domain Names to Medline.

**IT IS SO ORDERED.**

Dated: 7/27/21

Virginia A. Phillips
United States District Judge